EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Juan O. Rodríguez López | 2016 TSPR 134<br><br>195 DPR ____ |

Número del Caso: TS-11,251


Fecha: 24 de junio de 2016


Abogado del Peticionario:

    Por Derecho Propio


Materia: Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Juan O. Rodríguez López

TS-11251

RESOLUCIÓN

En San Juan, Puerto Rico, a 24 de junio de 2016.

Vista la *Moción Solicitando Reinstalación* de 20 de junio de 2016, se reinstala al Sr. Juan O. Rodríguez López al ejercicio de la profesión.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo